UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| vs. | § | A-10-CR-347(2)LY |
| | § § | |
| LINDSEY FAGLIE | § | |

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

To: WARDEN, MILAM COUNTY JAIL, 512 N. Jefferson, Suite B, Cameron, TX 76520

GREETINGS:

You are hereby commanded to surrender and deliver unto the United States Marshal for the Western District of Texas - Austin Division, or his duly authorized representative, the body of <u>Lindsey Faglie,</u> a prisoner in your custody, for appearance in this Court on <u>8th</u> day of <u>June, 2010 at 2:00 p.m.</u>, at the, United States Courthouse, 200 W. 8th Street, Austin, Texas, and there to remain in the custody of the said Mashal, or his duly authorized representative, during the proceedings in the above styled cause, and upon termination of such trial to return the said <u>Lindsey Faglie,</u> to the custody of the <u>Warden, Milam County Jail, 512 N. Jefferson, Suite B, Cameron, Texas 76520.</u>

The Writ shall be your warrant and authority in the premises, and the Clerk of this Court is hereby directed to cause to be delivered to you a copy of this Writ and a certified copy of the Order directing the issuance for your observance.

HEREIN FAIL NOT, but make due return of this Writ.

    WITNESS, the Honorable <u>Robert Pitman</u>
    United States Magistrate Judge,
    Western District of Texas, and the Seal
    this Court hereto affixed this
    <u>3rd</u> day of <u>June, 2010.</u>

WILLIAM G. PUTNICKI, Clerk,
U.S. District Court

BY: _/s/ Jenika Hamula_
    Deputy Clerk